IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM DELBERT BALDWIN, JR., )
        Petitioner, )
v. ) C.A. No. 06-10 Erie
)
MARILYN BROOKS, et al, )
        Respondents. )

## MEMORANDUM ORDER

      This petition for writ of habeas corpus was received by the Clerk of Court on January 18, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The magistrate judge filed a report and recommendation on January 20, 2006, recommending that the motion for leave to proceed *in forma pauperis* (Doc. #1) be denied. The Petitioner was directed to file objections within ten (10) days of service. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated. No objections were filed, and Petitioner has paid the filing fee in the amount of $5.00. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 30th Day of May, 2006;

      IT IS HEREBY ORDERED that the Petitioner's Motion to Proceed In Forma Pauperis (Doc. #1) is DENIED.

      The report and recommendation of Magistrate Judge Baxter, dated January 19, 2006, is adopted as the opinion of the court.

                                                      */s/ Maurice B. Cohill, Jr.*
                                                      MAURICE B. COHILL, JR.
                                                      United States District Judge

cc:     all parties of record ___